UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WESLEY PURDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-24-755-R |
| | ) |
| NURSE CARTER et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Plaintiff John Wesley Purdy, a prisoner proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Jackson County Jail and "Nurse Carter" [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell issued a Report and Recommendation [Doc. No. 10] recommending dismissal of the case without prejudice to refiling for failure to state a claim.

Plaintiff did not file a response or an objection to the Report and Recommendation. The Court has reviewed the entirety of the Report and Recommendation, as well as the case record, and fully concurs with the Report and Recommendation. Therefore, the Court, having conducted a *de novo* review, hereby ADOPTS the Report and Recommendation in its entirety. Plaintiff's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 31ˢᵗ day of December, 2024.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE